# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John S. Allen<br>                Debtor | BK NO. 16-02968 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, and index same on the master mailing list.

Re: Loan # Ending In: 8179

                                          Respectfully submitted,

                                          **/s/ Joshua I. Goldman, Esquire**
                                          Joshua I. Goldman, Esquire
                                          Thomas Puleo, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406
                                          Attorney for Movant/Applicant