```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                    Case No. 16-02968-RNO
John S Allen                                                              Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 1              Date Rcvd: Aug 31, 2016
                              Form ID: ntcnfhrg            Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
```
db            +John S Allen,    60 Allen Drive,    Shermans Dale, PA 17090-8400
4813301       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4813304       +Bank of America, N.A.,    14523 SW Millikam Way,    Suite 200,    Beaverton, OR 97005-2352
4813305       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813313       +Captial Tax Collection Bureau,    2301 N 3rd Street,    Harrisburg, PA 17110-1893
4813314       +Members 1ST FCU,    255 S Spring Garden St,    Carlisle, PA 17013-2565
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4818282        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2016 19:16:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4813302*      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4813303*      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4813309*      +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813310*      +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813311*      +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813312*      +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813306*      +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813307*      +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813308*      +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
                                                                                  TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor John S Allen Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John S Allen
dba Allen Construction Services
Debtor(s)

Chapter 13

Case No. 1:16−bk−02968−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **September 28, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 5, 2016<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 31, 2016 |