```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 16-02968-RNO
John S Allen                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1        User: karendavi         Page 1 of 1         Date Rcvd: Dec 08, 2016
                            Form ID: ordsmiss       Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db             +John S Allen,    60 Allen Drive,    Shermans Dale, PA 17090-8400
4813301        +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4813304        +Bank of America, N.A.,    14523 SW Millikam Way,    Suite 200,    Beaverton, OR 97005-2352
4813305        +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813313        #+Captial Tax Collection Bureau,    2301 N 3rd Street,    Harrisburg, PA 17110-1893
4813314        +Members 1ST FCU,    255 S Spring Garden St,    Carlisle, PA 17013-2565
4859178        +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4845305        +E-mail/Text: unger@members1st.org Dec 08 2016 19:00:32     Members 1st FCU,    5000 Louise Drive,
                 Mechanicsburg, PA 17055-4899
4818282         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2016 19:00:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4813302*       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4813303*       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4813309*       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813310*       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813311*       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813312*       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813306*       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813307*       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4813308*       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
                                                                                   TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor John S Allen Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| John S Allen<br>dba Allen Construction Services<br>**Debtor(s)** | Chapter 13<br>Case No. 1:16−bk−02968−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: December 8, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: karendavis, Deputy Clerk