**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John S Allen <br> <u>Debtor(s)</u> | BKY. NO. 16-02968 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8179

                                       Respectfully submitted,

                                       **/s/ Thomas Puleo**
                                       Thomas Puleo, Esquire
                                       James C. Warmbrodt, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406
                                       Attorney for Movant/Applicant